IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIA CELIA DIAZ MARTINEZ,

     Petitioner,

v.                                                                                        No. 26-cv-0388-WJ-GJF

WARDEN, Otero County Processing Center,
MARY DE ANDA-YBARRA, Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security; AND PAMELA BONDI,
U.S. Attorney General,

     Respondents,[1]

## ORDER TO ANSWER

**THIS MATTER** is before the Court on Petitioner Maria Celia Diaz Martinez's *pro se*

Petition for Writ of Habeas Corpus (Doc. 1) (Petition).   Petitioner is detained at the Otero County

Processing Center in Chaparral, New Mexico.   It appears that she has been in the United States

since at least 2019 and is not currently subject to a removal order.   *See* Doc. 1 at 3.   The Petition

alleges immigration officials denied her request for bond without explanation.   *Id.* at 2.   Having

reviewed the Petition pursuant to Habeas Rules 1 and 4, the Court will order an answer.

The Clerk's Office has electronically served Respondents - including the federal

---

[1] While the form *pro se* Petition names the detention center, the Court will substitute the above-mentioned parties as Respondents in this case.  *See Torres-Torres v. Miller,* 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the party respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

Respondents added in this Order - by Notice of Electronic Filing (NEF) using the CM/ECF system. *See* Doc. 3; Standing Order, *In re Service of Process in Immigration Habeas Petitions Filed Pursuant to §§ 2241 et seq.*, No. 1:26-mc-00004 (D.N.M. Jan. 28, 2026).   Respondents' attorneys have also been added as notice-recipients through the CM/ECF system, consistent with the Standing Order, and will receive electronic notice of all filings in this case.   Within ten (10) business days of entry of this Order, the United States Attorney's Office (USAO) must respond to the Petition and show cause why the Court should not grant the requested relief.   If the USAO declines to timely respond, the Court may enter a separate order releasing Petitioner or directing immigration authorities to provide an adequate bond hearing.

**IT IS ORDERED** that the USAO shall answer the Petition within ten (10) business days of entry of this Order.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **ADD** the additional party Respondents set forth in the caption of this Order.

/s/_____
HON. WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE

2